JS 45 (01/2008)                    **REDACTED**

## Criminal Case Cover Sheet                                                                U.S. District Court

**Place of Offense:**          Under Seal: Yes _X_ No: ___     Judge Assigned: LOG
City _____    ___ Superseding Indictment            Criminal Number: 1:19cr57
County/Parish Fairfax     Same Defendant   x   New Defendant _____
                          Magistrate Judge Case Number 1:19-mj-91   Arraignment Date: _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____
                          Related Case Name and No: _____

**Defendant Information:**
Juvenile — Yes ___ No _X_  FBI # _____
Defendant Name: PETER LE          Alias Name(s) _____
Address: _____
Employment: _____
Birth date 1997   SS# 2601   Sex M Def Race _____ Nationality _____ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date   February 16, 2019
_x_ Already in Federal Custody as of   February 16, 2019   in   Alexandria City Jail
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name:    David Barry Benowitz           ___ Court Appointed    Counsel conflicted out: _____
         409 7th St, NW,
Address: Washington, DC 20004            _x_ Retained
Telephone: (202) 417-6000                ___ Public Defender   Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
         James L. Trump            (703) 299-3700
         Carina Cuellar            (703) 299-3700
AUSA     Lynda Lao    Telephone No:  (703) 299-3700          Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:
Joseph Hoang, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  21 U.S.C. §§ 841, 846 | Conspiracy to Distribute Cocaine and Marijuana et al. | 1 | Felony |
| Set 2  21 U.S.C. § 856 | Maintaining Drug-Involved Premises | 4-5 | Felony |
| Set 3 | | | |

(May be continued on reverse)

Date:   April 11, 2019      Signature of SAUSA: _/s/ James L. Trump_

JS 45 (01/2008) **REDACTED**

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:** Under Seal: Yes X No ___ Judge Assigned: LOG
City _____ ___ Superseding Indictment ___ Criminal Number: 1:19cr57
County/Parish Fairfax Same Defendant x New Defendant _____
Magistrate Judge Case Number 1:19-mj-91 Arraignment Date: _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No X FBI # _____
**Defendant Name:** DANE NICHOLAS HUGHES Alias Name(s) _____
**Address:** _____
**Employment:** _____
**Birth date** 2000 SS# _____ Sex M Def Race _____ Nationality _____ Place of Birth _____
**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____ Scars/Tattoos _____
Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody  ___ On Pretrial Release  X Not in Custody
___ Arrest Warrant Requested  ___ Fugitive  ___ Summons Requested
___ Arrest Warrant Pending  ___ Detention Sought  x Bond February 26, 2019

**Defense Counsel Information:**
Name: Ryan Patrick Campbell   x Court Appointed   Counsel conflicted out: _____
Address: 108 N. Alfred Street
Alexandria, VA 22314   ___ Retained
Telephone: (703) 683-7070   ___ Public Defender   Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
James L. Trump (703) 299-3700
Carina Cuellar (703) 299-3700
AUSA Lynda Lao Telephone No: (703) 299-3700   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Joseph Hoang, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841, 846 | Conspiracy to Distribute Cocaine and Marijuana et al. | 1 | Felony |
| Set 2 | 21 U.S.C. § 856 | Maintaining Drug-Involved Premises | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: April 11, 2019 Signature of AUSA: _/s/ James L. Trump_

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**         Under Seal: Yes _X_ No ___     Judge Assigned: LOG

City _____     _____ Superseding Indictment     Criminal Number: 1:19cr57

County/Parish Fairfax     Same Defendant   x     New Defendant _____

                                Magistrate Judge Case Number 1:19-mj-91   Arraignment Date: _____

                                Search Warrant Case Number _____

                                R 20/R 40 from District of _____

                                Related Case Name and No: _____

Defendant Information:

Juvenile -- Yes ___ No _X_   FBI # _____

Defendant Name: THANH LE   ANTHONY NGUYEN   Alias Name(s) _____

Address: _____

Employment: _____

Birth date 1993  SS# 6091  Sex M Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes  List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   _x_ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

_x_ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

Name: _____     ___ Court Appointed     Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____   ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

    James L. Trump          (703) 299-3700
    Carina Cuellar          (703) 299-3700
AUSA Lynda Lao    Telephone No: (703) 299-3700    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Joseph Hoang, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  21 U.S.C. §§ 841, 846 | Conspiracy to Distribute Cocaine and Marijuana et al. | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: April 11, 2019  108 N. Alfred Street  Alexandria, VA 22314   Signature of AUSA: _/s/_

JS 45 (01/2008) **REDACTED**

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No x   Judge Assigned: LOG
City ___ Superseding Indictment ___   Criminal Number: 1:19cr57
County/Parish Fairfax   Same Defendant ___   New Defendant x
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: ___

**Defendant Information:**
Juvenile — Yes ___ No X   FBI # ___
Defendant Name: ANGEL HOANG   Alias Name(s) ___
Address: Falls Church, VA
Employment: ___
Birth date 1998   SS# 9578   Sex M Def Race ___   Nationality ___   Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___   Scars/Tattoos ___
Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   X Not in Custody
X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

**Defense Counsel Information:**
Name: ___   ___ Court Appointed   Counsel conflicted out: ___
Address: ___   ___ Retained
Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
James L. Trump   (703) 299-3700
Carina Cuellar   (703) 299-3700
AUSA Lynda Lao   Telephone No: (703) 299-3700   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Joseph Hoang, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841, 846 | Conspiracy to Distribute Cocaine and Marijuana et al. | 1 | Felony |
| Set 2 | 21 U.S.C. § 856 | Maintaining Drug-Involved Premises | 4-5 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: April 11, 2019   Signature of AUSA: /s/