IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



APR 11 2019

| UNITED STATES OF AMERICA | <u>UNDER SEAL</u> |
|---|---|
| v. | No. 1:19-cr-57 (LO) |
| PETER LE et al., | |
| Defendants. | |

## SEALING ORDER

The UNITED STATES, pursuant to Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the superseding indictment returned April 11, 2019, and the arrest warrant for Angel Hoang; and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the superseding indictment returned April 11, 2019, and the arrest warrant for Angel Hoang, the government's Motion to Seal, and this Order be sealed until further Order of the Court.

It is further ORDERED that superseding indictment returned April 11, 2019, shall not be served on counsel for defendants Peter Le and Dane Hughes or otherwise identified on the Court's docketing system as a superseding indictment until further order of this Court. [handwritten insertion: Angel Hoang is arrested or] [handwritten: 1st]

Entered in Alexandria, Virginia, this \_11th\_ day of April, 2019.

/s/
John F. Anderson
United States Magistrate Judge