IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19-cr-57 (LO) |
| PETER LE, et al., | |
| Defendants. | |

### ORDER UNSEALING SUPERSEDING INDICTMENT

Upon the motion of the United States, it is hereby ORDERED that the Superseding Indictment, returned April 11, 2019, shall be unsealed.

It is further ORDERED that the Clerk is directed to deliver a copy of this Order to the United States Marshal's Service, the United States Probation Office, and all counsel of record.

Entered in Alexandria, Virginia, this 12nd day of April, 2019.

/s/
John F. Anderson
United States Magistrate Judge

The Honorable John F. Anderson
United States Magistrate Judge

We ask for this:

G. Zachary Terwilliger
United States Attorney

By: /s/
James L. Trump
Assistant United States Attorney