AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ANGEL HOANG

Defendant

Case No. 1:19-CR-57

*RECEIVED APR 15 2019 UNITED STATES MARSHAL*
*2019 APR 12 AM 8:22*
*UNDER SEAL*
*CLERK U.S. DISTRICT COURT ALEXANDRIA DIVISION*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANGEL HOANG,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Cocaine and Marijuana, et al., a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841 and 846

Maintaining Drug-Involved Premises in violation of Title 21, United States Code, Section 856

Date: April 11, 2019

City and state: Alexandria, Virginia

*Issuing officer's signature*

PAULINA A. MILLER, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 4/12/19, and the person was arrested on (date) 4/12/19
at (city and state) Falls Church, VA.

Date: 4/15/19

*Arresting officer's signature*

Fernando L. Uribe, Special Agent
*Printed name and title*