TYPE OF HEARING: R5-Indictment
CASE NUMBER: 19cr57
MAGISTRATE JUDGE: John F. Anderson
DATE: 4/15/19
TIME: 2pm

EASTERN DISTRICT OF VIRGINIA

TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

UNITED STATES OF AMERICA

VS.

Angel Hoang

GOVT. ATTY: Jim Trump / Lynda Lao

DEFT'S ATTY: w/out counsel

DUTY AFPD: _____

INTERPRETER/LANGUAGE: _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL (X)    FPD ( )   CJA (X)   Conflict List (X)

Gov't is seeking detention —
GRANTED pending DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 4/17/19    TIME: 2pm
DH - JFA

7min.