TYPE OF HEARING: DH
CASE NUMBER: 19cr57
MAGISTRATE JUDGE: John F. Anderson
DATE: 4/11/19
TIME: 2PM

EASTERN DISTRICT OF VIRGINIA

TAPE: <u>FTR RECORDER</u>
DEPUTY CLERK: <u>Whitney Garnett</u>

UNITED STATES OF AMERICA

VS.

Angel Hoang

GOVT. ATTY: _____ Jim Trump | Lynda Lao

DEFT'S ATTY: _____ Michael Hendrickson

DUTY AFPD: _____

INTERPRETER/LANGUAGE: _____ Gov't is seeking detention.

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL ( )   FPD ( )   CJA ( )   Conflict List ( )

Gov't adduced evidence and rests as to detention.
    Deft argues for release with conditions (PTS report).

BOND: _____ Deft remanded.

NEXT COURT APPEARANCE: _____ TIME: _____

20min.