IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-57 (LO) |
| | ) | |
| PETER LE et al. | ) | |

ORDER

Upon motion of the United States, good cause having been shown, it is hereby ORDERED that the jury trial currently scheduled for April 29, 2019, in this case shall be removed from the docket.

It is further ORDERED that the arraignment currently scheduled for April 19, 2019, as to defendant Dane Hughes shall be cancelled and the summons for his appearance vacated; and

It is further ODERED that an arraignment on the superseding indictment shall be held on May 2, 2019, at 9:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record, the United States Marshals Service, and the United States Probation Office.

Entered in Alexandria, Virginia, this 18th day of April, 2019.

_____
The Honorable Liam O'Grady
United States District Judge